JNK:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6202

**CR-ROETTGER**

18 USC §1344
18 USC §2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,  )
                                   )
                Plaintiff,   )
                                   )
vs.                                   )
                                   )
KENYA TALISHIA GREEN,    )
                                   )
                Defendant.  )
_____ )



FILED by
JUL 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### INDICTMENT

The Grand Jury charges that:

### COUNTS I-XXIII

On or about the dates specified below, in Broward and Dade Counties, in the Southern District of Florida, the defendant,

### KENYA TALISHIA GREEN,

did knowingly and willfully devise and execute a scheme and artifice to defraud and to obtain monies and funds of Barnett Bank (now known as Bank of America) and NationsBank (now known as Bank of America), financial institutions, the accounts of which were insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses, representations, and



promises, in that the defendant, cashed and attempted to cash counterfeit checks at Barnett Bank and NationsBank as specified below:

| EXECUTIONS OF THE SCHEME AND ARTIFICE | | | |
|---|---|---|---|
| COUNT | DATE OF TRANSACTION | VICTIM BANK AND DESCRIPTION OF COUNTERFEIT CHECK | AMOUNT |
| I | 07/13/98 | NationsBank, Colnmach, Account No. 061112788 | $ 725.00 |
| II | 07/13/98 | NationsBank, Colnmach, Account No. 061112788 | $ 725.00 |
| III | 07/13/98 | NationsBank, Colnmach, Account No. 061112788 | $ 725.00 |
| IV | 07/13/98 | NationsBank, Colnmach, Account No. 061112788 | $ 725.00 |
| V | 07/13/98 | NationsBank, Colnmach, Account No. 061112788 | $ 725.00 |
| VI | 07/13/98 | NationsBank, Colnmach, Account No. 061112788 | $ 725.00 |
| VII | 07/13/98 | NationsBank, Colnmach, Account No. 061112788 | $ 725.00 |
| VIII | 07/13/98 | NationsBank, Colnmach, Account No. 061112788 | $ 725.00 |
| IX | 07/13/98 | NationsBank, Colnmach, Account No. 061112788 | $ 725.00 |
| X | 07/13/98 | NationsBank, Colnmach, Account No. 061112788 | $ 725.00 |
| XI | 07/13/98 | NationsBank, Colnmach, Account No. 061112788 | $ 725.00 |
| XII | 07/21/98 | Barnett Bank, DCEA, Account No. 1596591036 | $ 678.75 |
| XIII | 07/21/98 | Barnett Bank, DCEA, Account No. 1596591036 | $ 658.65 |
| XIV | 07/21/98 | Barnett Bank, DCEA, Account No. 1596591036 | $ 678.50 |
| XV | 07/21/98 | Barnett Bank, DCEA, Account No. 1596591036 | $ 679.44 |
| XVI | 07/21/98 | Barnett Bank, DCEA, Account No. 1596591036 | $ 679.20 |
| XVII | 07/21/98 | Barnett Bank, DCEA, Account No. 1596591036 | $ 678.65 |
| XVIII | 09/11/98 | Barnett Bank, Contemporary Services Company, Account #3871513317 | $ 542.23 |
| XIX | 09/11/98 | Barnett Bank, Contemporary Services Company, Account #3871513317 | $ 542.23 |

| EXECUTIONS OF THE SCHEME AND ARTIFICE |||||
|---|---|---|---|
| COUNT | DATE OF TRANSACTION | VICTIM BANK AND DESCRIPTION OF COUNTERFEIT CHECK | AMOUNT |
| XX | 09/11/98 | Barnett Bank, Contemporary Services Company, Account #3871513317 | $ 542.23 |
| XXI | 09/11/98 | Barnett Bank, Contemporary Services Company, Account #3871513317 | $ 542.23 |
| XXII | 09/11/98 | Barnett Bank, Contemporary Services Company, Account #3871513317 | $ 542.23 |
| XXIII | 09/11/98 | Barnett Bank, Contemporary Services Company, Account #3871513317 | $ 542.23 |

All in violation of Title 18, United States Code, Sections 1344 and 2.

A TRUE BILL

*[signature]*

FOREPERSON

*[signature]*

GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*

JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |

**KENYA TALISHIA GREEN**
**Court Division**: (Select One)

**Superseding Case Information**:
New Defendant(s)    Yes ___    No ___
Number of New Defendants    ___
Total number of counts    ___

___ Miami   ___ Key West
_X_ FTL     ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) ___NO___
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                           (Check only one)
   I     0 to 5 days       _X_       Petty      ___
   II    6 to 10 days      ___       Minor      ___
   III   11 to 20 days     ___       Misdem.    ___
   IV    21 to 60 days     ___       Felony     _X_
   V     61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____
   Is this a potential death penalty case? (Yes or No) ___No___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _x_ No

_____
JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500033

*Penalty Sheet(s) attached                                            REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: KENYA TALISHIA GREEN _____ No.:_____

Count #I-XXIII:
Scheme and artifice to defraud a financial institution; in violation of 18:1344 & 2.

*Max Penalty: Thirty years' imprisonment, $1,000,000 fine for each count.

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV 12·12·96