AO 442 (Rev. 12/85) Warrant for Arrest   AUSA KAPLAN; U.S. SECRET SERVICE S/A C.D. Bloodworth, Jr (305) 629-1800

## *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

KENYA TALISHIA GREEN

**WARRANT FOR ARREST**

**CASE NUMBER:** 00-6202-
CR - NCR

**TO:** **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest_____ KENYA TALISHIA GREEN

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

devising and executing a scheme and artifice to defraud and obtain monies and funds of a financial institution, the accounts being insured by the Federal Deposit Insurance Corporation, by means of false pretenses,

in violation of Titles 18 United States Code, Sections ____ 1344 and 2

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer
BSE

Bail fixed at $50,000 Personal Surety Bond
BSE   Do NOT LODGE OVERNIGHT
**DO NOT LODGE**

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

July 27, 2000, Fort Lauderdale, Florida
Date and Location

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above defendant at_____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

2pv

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ KENYA TALISHIA GREEN _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____ 21089 NW 22nd Avenue, #224, Opa Locka, FL 330561 _____

LAST KNOWN EMPLOYMENT: _____ Unemployed _____

PLACE OF BIRTH: _____ Kileen, Tx _____

DATE OF BIRTH: _____ 8/1/75 _____

SOCIAL SECURITY NUMBER: _____ 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 _____

HEIGHT: _____ 5'7" _____    WEIGHT: _____ 250 lbs _____

SEX: _____ Female _____    RACE: _____ Black _____

HAIR: _____ Black _____    EYES: _____ Brown _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____ U.S. SECRET SERVICE, S/A C.D. Bloodworth, Jr (305) 629-1800l 7375 NW 53rd Street, Miami, Florida 33166 _____