| UNITED STATES OF AMERICA | ) | CASE NUMBER: CR 00-6202-CR-NCR |
|---|---|---|
| Plaintiff | ) | |
| -vs- | ) | REPORT COMMENCING CRIMINAL ACTION |
| KENYA GREEN | ) | |
| Defendant | | 33 479 007 |

TO: CLERK'S OFFICE  MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
U.S. DISTRICT COURT         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 10-3-00  9 (a.m.)/p.m.

(2) LANGUAGE(S) SPOKEN: ENGLISH

(3) OFFENSE(S) CHARGED: 18 USC 1344 BANK FRAUD

(4) UNITED STATES CITIZEN: (X)YES  ( )NO  ( )UNKNOWN

(5) DATE OF BIRTH: 08/01/75

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[X] INDICTMENT  [ ] COMPLAINT  CASE #____
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: SOUTHERN DISTRICT OF FLORIDA
COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ]YES [ ]NO

AMOUNT OF BOND:$ Do Not Lodge Overnight  WHO SET BOND?____

(7) REMARKS: ____

(8) DATE: ____  (9) ARRESTING OFFICER JAMES WHITLOCK

(10) AGENCY US Secret Service  (11) PHONE # (305) 629-1800

(12) COMMENTS ____