| | | | |
|---|---|---|---|
| DEFT: | Kenya Green (J)# surrendered | CASE NO: | 00-6202-CR-Roettger |
| AUSA: | Jeff Kaplan / Bruce Brown | ATTNY: | Amargon |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | BOND REC: | 50,000 PSB |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: APD

BOND SET @ $50,000 PSB

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents. William
4) Rpt to PTS as directed / ___ x's a week/month by phone, ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to SD/FL
12) Halfway House
   Electronic Monitoring
   Reside at current

∆ - advised of charges
∆ - sworn for Counsel
Partially indigent - must deposit $250 into Ct Registry w/in 90 days

Reading of indictment waived
__ __ plea entered
__ __ __
__ __ __ Order requested

NEXT COURT APPEARANCE:

| | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: partial indigence | 12-29-00 | 11:00 | BSS |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 10-17-00 | 11:00 | LSS |

DATE: 10-2-00  TIME: 11:00am  TAPE 00- 076  PG # 3
558-940