

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6202-CR-Roettger

UNITED STATES OF AMERICA

vs

Kenya Green                     ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on    10-2-00   , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: _See Bond_____

Telephone: _____

DEFENSE COUNSEL:      Name: _FPD_____

Address: _____

Telephone: _____

BOND SET/CONTINUED:   $ _50,000PSB_____

Bond hearing held: yes _X_ no ___ Bond hearing set for _____

Dated this __2__ day of _October_____, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
    Deputy Clerk

Tape No. _00-076_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services