UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _00-6202-CR-NCR_

UNITED STATES OF AMERICA,

   Plaintiff,

RECEIVED & FILED IN OPEN COURT
ON 10-2-00 AT
_____, FLA.
Clarence Maddox
United States District Court
Southern District of Florida

vs. Kenya Green

   Defendant.

_____/

## ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT
## OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby,

ORDERED AND ADJUDGED that the above named Defendant shall pay the sum of $250 on or before 12-29-00 to the Clerk of Court for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. 3006A(f). Unless such payment is made on or before the above stated date the Court may terminate the appointment of counsel as the interest of justice may dictate. 18 U.S.C. Section 3006A(c). It is further ORDERED that a status conference on reimbursement will be held on _December 29, 2000_ at _11:00_ (a.m.) p.m.

DONE AND ORDERED at _Ft Lauderdale_ Florida this _2_ day of _October_, 2000.

TAPE NO. _____

_____
UNITED STATES MAGISTRATE JUDGE

c:   AUSA
     Defense Counsel
     Financial Section
     Pretrial Services
     U.S. Marshal