AO 442 (Rev. 12/85) Warrant for Arrest   AUSA KAPLAN; U.S. SECRET SERVICE S/A C.D. Bloodworth, Jr (305) 629-1800

## United States District Court

SOUTHERN DISTRICT OF FLORIDA    493962

UNITED STATES OF AMERICA

V.

KENYA TALISHIA GREEN

# WARRANT FOR ARREST

CASE NUMBER: 00-6202-CR-NCR

**TO:** **The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ____KENYA TALISHIA GREEN____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

devising and executing a scheme and artifice to defraud and obtain monies and funds of a financial institution, the accounts being insured by the Federal Deposit Insurance Corporation, by means of false pretenses,

in violation of Titles __18__ United States Code, Sections ____1344 and 2____

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $50,000 Personal Surety Bond
BSE   DO NOT LODGE OVERNIGHT
**DO NOT LODGE**

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

July 27, 2000, Fort Lauderdale, Florida
Date and Location

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at SUBJ SURRENDERED TO USM FTL, FL |||
| DATE RECEIVED<br>07/27/2000 | NAME AND TITLE OF ARRESTING OFFICER<br><br>James A. Tassone, USM | SIGNATURE OF ARRESTING OFFICER<br><br>Edward Purchase, SDUSM |
| DATE OF ARREST<br>10/02/2000 |||

13