HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __MESCAL SMITH_____ CASE NO: __00-6175-CR-ZLOCH(s)__

AUSA __BERTHA MTIRANI__ /pre ATTY __STUART ADELSTEIN__ Michael /Matters

Dис not complete
Motion due 11-2

00-052

DEFT __KENYA GREEN_____ CASE NO: __00-6202-CR-ROETTGER__

AUSA __JEFFREY KAPLAN__ /Kay ATTY FPD Farnsworth / Hunt
@ 8920

Disc out - gov't ready
Disc not rec'd

DEFT __10-30 motions due__ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DATE __10/17/00_____ TIME __11:00_____

15/0.4.