UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6202-CR-ROETTGER

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

KENYA GREEN,    :

    Defendant.    :

_____

FILED by ___ D.C.
OCT 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

A status conference was held in this cause on October 17, 2000. At that conference, the parties informed the Court as follows:

1. Discovery has been sent, but not yet received by defense counsel.

2. Counsel for the defendant shall have until October 30, 2000, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this _____ day of October, 2000.

                                        _____
                                        LURANA S. SNOW
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Jeff Kaplan (FTL)
AFPD Pat Hunt (FTL)