HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

COURT MINUTES

Case No.: 00-6202                    Date: 21 Nov 00
Courtroom Clerk: D. Hool             Court Reporter: J. Reeves
Probation Officer:_____    Interpreter:_____

Plaintiff(s): USA                    Counsel: Kaplan,

Defendant(s): Keyna Green            Counsel: P. Hunt

Reason For Hearing: Plea

Result of Hearing/Judgment: A plead & adj. as
guilty P.S.O ordered. Sent. set
Feb 2, 2001 at 10:30 A.M. Bond cont'd.

Misc.: