UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6202-CR-ROETTGER
MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA, :

       Plaintiff, :

       v. :

KENYA GREEN, :

       Defendant. :
_____:

### MOTION TO VACATE ORDER ON PARTIAL INDIGENCY

Defendant, Kenya Green, through counsel, respectfully moves for the entry of an Order vacating the October 2, 2000, Order on Partial Indigency which required her to pay $250 to the registry of the court as compensation for legal representation by the Federal Public Defender. In support of this motion, Defendant states as follows:

1. On October 2, 2000, Kenya Green made her initial appearance on a bank fraud indictment. The Federal Public Defender was appointed to represent her, but she was ordered to pay $250 for legal services. She was given 90 days to pay this fee.

2. On November 21, 2000, Defendant entered a guilty plea to one count of the Indictment. Sentencing has been set for February 2, 2001.

3. On December 6, 2000, counsel attended a Presentence Investigation interview with Ms. Green in Miami. A review of her finances shows that Ms. Green takes home just under $700 every two weeks. (See attached). At the time of the interview, her rent was partially past due, with the remaining payment to come from her husband's next paycheck. Ms. Green supports two school age children from previous relationships without any child support from the fathers. Ms. Green does

not have a car. She and her husband and children rely on public transportation to get to work and school. At the time of the interview, Ms. Green's telephone bill was one month past due, and her savings account (her only bank account) had a balance of $50.99, ninety-nine cents over the minimum balance. (See attached). Counsel anticipates that the PSI will not recommend imposition of a fine due to the Defendant's inability to pay.

4. In addition to these household expenses, it is likely that the court at sentencing will be imposing a restitution order in excess of $10,000.

5. Counsel was not present at the initial appearance. However, counsel has checked with Pretrial Services, and the Pretrial Services Report does not reflect any significant assets that have been disposed of since the initial appearance.

6. Counsel has spoken with Jeffrey Kaplan, the Assistant United states Attorney handling this matter for the government. Mr. Kaplan has authorized counsel to represent that the government has no objection to the granting of the relief requested in this motion.

WHEREFORE, for all the above reasons, Defendant respectfully asks this Court to vacate the previously entered Order requiring her to pay $250 in attorney's fees.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Patrick M. Hunt
Assistant
Federal Public Defender
Florida Bar No. 571962
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 18th day of December, 2000, to Jeff Kaplan at the office of the United States Attorney, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

Patrick M. Hunt





```
AMERICAN EXPRESS TRS CO   INC   GREEN KENYA T     EMPLOYEE NAME       AESR      EMPLOYER NUMBER 9250793333 HR
PAYROLL      PRC  A25                              SOCIAL SECURITY #   FED M 2   ADVICE NUMBER   ADVICE AMOUNT
PHOENIX            AZ85027    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          EX                  ST M 2   205079210        59300
PERIOD BEG.   PERIOD ENDING   ADVICE DATE
11-20-00      12-03-00        12-01-00
```

| EARNINGS | RATE | HOURS | CURRENT | YEAR TO DATE | TAXES/DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| REG EARNING | | 8000 | 88739 | 1964772 | FEDERAL TAX | 3502 | 77315 |
| RETRO PAY | | | 00 | 8067 | SOCIAL SEC TAX | 4594 | 99115 |
| IFC GROSS AWD | | | 00 | 1000 | MEDICARE TAX | 1075 | 23181 |
| PREMIUM HOLDAY | | | 00 | 14378 | VACATION BUY | 1457 | 34968 |
| SHIFT | | | 00 | -35974 | IFC NET CARD | 00 | 644 |
| TEAM INC PLAN | | | 00 | 47815 | ISP BEFTAX | 4393 | 78948 |
| ADJUST REG | | -1400 | -15528 | -724224 | TEAM INC CARD | 00 | 30773 |
| PRV-PGMPAYMNT | | | 7322 | 191325 | HMO BEF TAX | 3872 | 92928 |
| ADJUST SHIFT | | | 00 | -1079 | DENTAL BEF TAX | 650 | 15600 |
| SALARY CONTIN | | | 00 | 287181 | VISION CARE | 462 | 11088 |
| | | | | | LTD | 728 | 1619 |
| | | | | | UNITED WAY | 500 | 12000 |
| | | | | | CHECK DEP FX 1 | 15000 | 360000 |
| | | | | | SAVING DEP NET | 44300 | 900579 |

| EARNINGS | RATE | HOURS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|

| EARNINGS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|
| 80533 | 9171 | 12062 | 59300 |
| 1753261 | 199614 | 293068 | 1260579 |

| TAXES/DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| FIT TAXABLE | 69699 | 1519729 |

ADDRESS INCORRECT? CALL HRICS 800-322-4273



AMERICAN EXPRESS TRS CO., INC. PAYING AGENT FOR:

AMERICAN EXPRESS TRS CO., INC.

| | DATE | ADVICE NUMBER |
|---|---|---|
| | 12-01-2000 | 205079210 |

| BANK NAME | DESCRIPTION | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | CHECK DEP FX 1 | | 150.00 |
| | SAVING DEP NET | | 443.00 |

```
                    A01-0003902
         AE SR 0320   1010   2432   07103        0262793333
CREDIT   KENYA T GREEN
TO THE   20910 NW 34 AVE                    DEPOSIT ADVICE ONLY
ACCOUNT  MIAMI               FL 33056           NON-NEGOTIABLE
OF
```

NON-NEGOTIABLE                              NON-NEGOTIABLE