UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6202-CR-ROETTGER
MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA,   :

         Plaintiff,

         v.

KENYA GREEN,

         Defendant.



ORDER

GRANTED: ☒  GRANTED  DENIED: ☐

U.S. MAGISTRATE JUDGE BARRY S. SELTZER
DATE: Dec 29, 2000

## MOTION TO VACATE ORDER ON PARTIAL INDIGENCY

Defendant, Kenya Green, through counsel, respectfully moves for the entry of an Order vacating the October 2, 2000, Order on Partial Indigency which required her to pay $250 to the registry of the court as compensation for legal representation by the Federal Public Defender. In support of this motion, Defendant states as follows:

1. On October 2, 2000, Kenya Green made her initial appearance on a bank fraud indictment. The Federal Public Defender was appointed to represent her, but she was ordered to pay $250 for legal services. She was given 90 days to pay this fee.

2. On November 21, 2000, Defendant entered a guilty plea to one count of the Indictment. Sentencing has been set for February 2, 2001.

3. On December 6, 2000, counsel attended a Presentence Investigation interview with Ms. Green in Miami. A review of her finances shows that Ms. Green takes home just under $700 every two weeks. (See attached). At the time of the interview, her rent was partially past due, with the remaining payment to come from her husband's next paycheck. Ms. Green supports two school age children from previous relationships without any child support from the fathers. Ms. Green does