FILED by _____ D.C.

· · · - - 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6202-CR-NCR   Date: 2/7/01
Courtroom Clerk: P. Hart   Court Reporter: Reeves
Probation Officer: present   Interpreter: _____

Plaintiff(s): U.S.A.   Counsel: Kaplan

Defendant(s): K. Green (B)   Counsel: P. Hunt

Reason For Hearing: Sentencing

Result of Hearing/Judgment: No fine imposed. 1 month Ct #16 rest $15,281.57. assessed $100⁰⁰, 5 yrs S.R. 90 days home confinement, telephone lmds imposed elec mon + divices + way for elec mon. device. full-time

Misc.: lif employ, financial w employ records, not hold debt. up til 3 surrender date. Bond cont'd.