PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 65646

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6202-CR-ROETTGER

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Kenya Talishia Green

Name of Sentencing Judicial Officer: The Honorable Norman C. Roettger, Judge, U.S. District Court, Ft. Lauderdale, FL

Date of Original Sentence: March 07, 2001

Original Offense: Bank Fraud, in violation of Title 18, U.S.C. § 1344, a Class B felony

Original Sentence: One month custody of the Bureau of Prison, followed by five (5) years of supervised release. Special conditions to include 90 days home confinement/electronic monitoring, financial disclosure, shall not incur any further debt without permission of U.S. Probation Officer, and no unemployment for more than 30 days.

Type of Supervision: Supervised Release          Date Supervision Commenced: May 16, 2001

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

The defendant shall participate in the Home Detention Electronic Monitoring Program for a period of 120 days. During this time the defendant shall remain at her place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at her place of residence without "call forward", "call waiting", a modem, "caller ID", or "call back/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. Probation Officer. In addition, the defendant shall pay costs of electronic monitoring at the rate of $3.01 per day.

## CAUSE

PROB 12B                                                                 SD/FL PACTS No. 65646
(SD/FL 9/96)

1. **Violation of Mandatory Condition**, by possessing or using a controlled substance. On or about February 22, 2002, February 28, 2002, and March 7, 2002, the supervised releasee submitted urine specimens which tested positive for the presence of marijuana in our local laboratory, and was subsequently confirmed positive by PharmChem Laboratories, Incorporated. The supervised releasee admitted to the use of marijuana on or about February 15, 2002.

2. **Violation of Mandatory Condition**, by possessing or using a controlled substance. On or about March 14, 2002, March 29, 2002, and April 9, 2002, the supervised releasee submitted urine specimens which tested positive for the presence of marijuana in our local laboratory, and was subsequently confirmed positive by PharmChem Laboratories, Incorporated. The supervised releasee admitted to an additional drug use on or about March 10, 2002..

Ms. Green was instructed to report to the United States Probation Office on February 22, 2002, to submit a job search log. Additionally, prior to leaving the office, she was asked to submit a urinalysis sample. Ms. Green indicated at that time that she had taken the prescribed medication Percocet. However, she denied the use of illegal drugs prior to the submission of this drug test.

On February 26, 2002, this officer received a report from the local laboratory indicating Ms. Green had tested positive for the use of marijuana on February 22, 2002. The test was confirmed positive by Pharm Chem Laboratories, Incorporated. Ms. Green was confronted with the positive drug test result on February 28, 2002. The supervised releasee admitted to eating a marijuana brownie, and she signed an admission form admitting to the use of marijuana on or about February 15, 2002. Ms. Green was then sanctioned by this officer to report to the United States Probation Office once a week for urinalysis testing.

Furthermore, on February 28, 2002, and March 7, 2002, Ms. Green tested positive for marijuana. Nannogram readings taken on the positive test results submitted by Ms. Green on February 22, 2002, February 28, 2002, and March 7, 2002, indicates that the positive test results were indicative of the same use.

Additionally, on March 14, 2002, March 29, 2002, and April 9, 2002, Ms. Green tested positive for marijuana. When confronted, Ms Green admitted to using marijuana on or about March 10, 2002. Nannogram readings taken on the positive tests results submitted by Ms. Green on March 14, 2002, March 29, 2002, and April 9, 2002, indicates that the positive test results were indicative of the same use. Although Ms. Green tested positive several times during this period, it was determined that Ms. Green had two separate uses, based on nannogram readings, on February 22, 2002, and March 14, 2002. The remaining positives represent a reduction within the system thus indicating the drug was leaving Ms. Green's system. All positive test results have been confirmed through Pharm Chem Laboratories, Incorporated.

PROB 12B                                                              SD/FL PACTS No. 65646
(SD/FL 9/96)

      Additionally, nannogram levels were obtained for each marijuana test result to ensure that the test results were not indicative of the same use, and to provide the court with concise information. Thus delaying the submission of the report.

      Ms. Green recently obtained employment, and is employed at Technion. She has two young daughters ages (11) eleven and eight (8). It is our recommendation at this time that the correct course of action is for Ms. Green's supervised release to be modified to include participation in the Home Detention Electronic Monitoring Program for a period of 120 days. Ms. Green has agreed to the implementation of this sanction. Ms. Green has been advised of the court's disdain for drug use. Should the court entertain an intermediate sanction at this time, Ms. Green has been made aware that any future violation will result in a recommendation to court for further proceedings.

      If Your Honor has any questions or comments, this officer may be reached at the telephone number listed below.

                                                Respectfully submitted,

                                 by

                                               Tiwanna Johnson
                                               U.S. Probation Officer
                                               Phone: (305) 512-1805
                                               Date: April 8, 2002

---

## THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[ ]    The Modification of Conditions as Noted Above
[X]    Submit a Request for _ Warrant or _ Summons

                                               Signature of Judicial Officer

                                             17 May 2002
                                             Date