PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65646



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>00-6202-CR-ROETTGER</u>

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: GREEN, Kenya Talishia

Name of Sentencing Judicial Officer: The Honorable Norman C. Roettger, Judge
U.S. District Court, Ft. Lauderdale, FL

Date of Original Sentence: March 27, 2001

| | |
|---|---|
| Original Offense: | Bank Fraud, in violation of Title 18, U.S.C. §1344, a Class B felony |
| Original Sentence: | One month custody of the Bureau of Prisons, followed by five (5) years supervised release, with special conditions to include: 90 days home confinement/electronic monitoring; financial disclosure; shall not incur any further debt without permission of U.S. Probation Officer; no unemployment for more than 30 days and $15,281.57 Restitution. |

Type of Supervision: Supervised Release          Date Supervision Commenced: May 16, 2001

Assistant U.S. Attorney:                          Defense Attorney:
Jeffrey Kaplan                                    Patrick Michael Hunt
500 East Broward Blvd., 7th Floor            101 North East 3rd Avenue, Suite 202
Fort Lauderdale, FL 33394                         Fort Lauderdale, FL 33301

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by possessing or using a controlled substance. On or about February 22, 2002, February 28, 2002, and March 7, 2002, the supervised releasee submitted urine specimens which tested positive for the presence of marijuana in our local laboratory, and was subsequently confirmed positive by PharmChem Laboratories, Incorporated. The supervised releasee admitted to the use of marijuana on or about February 15, 2002. |



PROB 12C                                                                    SD/FL PACTS No. 65646
(SD/FL 9/96)

2.         **Violation of Mandatory Condition**, by possessing or using a controlled substance. On or about March 14, 2002, March 29, 2002, and April 9, 2002, the supervised releasee submitted urine specimens which tested positive for the presence of marijuana in our local laboratory, and was subsequently confirmed positive by PharmChem Laboratories, Incorporated. The supervised releasee admitted to an additional drug use on or about March 10, 2002.

U.S. Probation Officer Recommendation:

[ ]   The term of supervision should be
[ ]   revoked.
[ ]   extended for _ years, for a total term of _ years.
[X]   The conditions of supervision should be modified as follows:

**The defendant shall participate in the Home Detention Electronic Monitoring Program for a period of 120 days. During this time the defendant shall remain at her place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at her place of residence without "call forward", "call waiting", a modem, "caller ID", or "call back/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. Probation Officer. In addition, the defendant shall pay costs of electronic monitoring at the rate of $3.01 per day.**

Respectfully submitted,

By: _____
Tiwanna L. Johnson
U.S. Probation Officer
Phone: (305)512-1805
Date: May 31, 2002

---

THE COURT ORDERS:
[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

_____
Signature of Judicial Officer

11 June 2002
Date