PROB 19a                                                                                    SD/FL PACTS No

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6202-CR-ROETTGER

U.S.A. vs GREEN, Kenya Talishia

TO:[1] ANY U.S. MARSHALL OR AUTHORIZED AGENT

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| GREEN, Kenya Talishia | F | B | 26 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| 10126 N.W. 21 Court, (rear), Miami, Florida 33169 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court, Southern District of Florida | March 7, 2001 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| U.S. District Court, Ft. Lauderdale, Florida |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  | JUN 2 8 2002 |

### RETURN

| **Warrant received and executed.** | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
|  |  |  |

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
|  |

| NAME | (BY) | DATE |
|---|---|---|
|  |  |  |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer," or "United States Marshal for _____ District of _____" or "any United States Marshal," or "any Special Agent of the Federal Bureau of Investigation," or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit."

Certified to be a true and correct copy of the document on file
Clarence Mad___, ___rk.
U.S. District
Southern District ___ida
By _____ Deputy Clerk
Date 6/28/02