UNITED STATES DISTRICT COURT
Southern District of Florida

FILED BY INTAKE
JUL 3 - 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

U.S. Marshal # 55479-004

UNITED STATES OF AMERICA     )
            Plaintiff       )   Case Number: CR 00-6202CR-Roettger
                            )   REPORT COMMENCING CRIMINAL
       -vs-                 )              ACTION
                            )
KENYA GREEN                 )
            Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office     MIAMI     (FT. LAUDERDALE)     W. PALM BEACH
    U.S. District Court           (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 7/3/02   0900  (am)/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: PROBATION VIOLATION

(4) U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 8/1/75

(6) Type of Charging Document: (check one)
    [X] Indictment   [ ] Complaint   To be filed/Already filed
    case# 00-6202-CR-ROETTGER

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date:_____   (9) Arresting Officer:_____

(10) Agency:_____   (11) Phone:_____

(12) Comments:_____