**"ADD ON"**

## COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: KENYA GREEN (J)#          CASE NO: 00-6202-CR-Roettger
AUSA: Duty: *Cosentino*          ATTY: *Sam Smargon*
AGENT:   USPO: Tiwanna Johnson   VIOL: Violation of Supervised Release
PROCEEDING: Initial Appearance   RECOMMENDED BOND:
BOND HEARING HELD - yes / no     COUNSEL APPOINTED: FPD
BOND SET @:  $15,000 PSB

FILED by INTAKE   JUL 3 - 2002   CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - FT. LAUD.

- ✓ Do not violate any law.
- ✓ Appear in court as directed.
- ✓ Surrender and / or do not obtain passports / travel documents.
- ✓ Rpt to USPO as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ✓ Random urine testing by USPO ~~Pretrial Services~~. Treatment as deemed necessary.
- ✓ Maintain or seek full - time employment.
- ✓ No contact with victims / witnesses.
- ✓ No firearms.
- ✓ reside at current address
- ☐ Curfew: ___
- ✓ Travel extended to: SDFL
- ✓ no illegal drugs or excessive alcohol
- ☐ Halfway House ___

- Advised of Charges
- Sworn for Counsel
- (no bank accts)

Initially indigent - $100 into Reg. of the Court w/in 30 days

+ Final revocation before Judge Roettger (USPO to contact NCR)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS ~~CONFERENCE~~ partial indigence | 8-2-02 | | BSS | |

DATE: 7-3-02  TIME: 11:00am  FTL/BSS TAPE # 02 - 647  Begin: 2990  End: 3435

