UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6202-CR-Roettger

FILED by ____ D.C.
INTAKE
JUL 3 - 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

UNITED STATES OF AMERICA

O R D E R

vs

Kenya Green

__X_/ Appointing Counsel
_____/ Ratifying Prior Service
_____/ Extending Appointment for Appeal
_____/ Substituting Counsel

_____
(prior counsel)

CHARGE: _____ Violation of Supervised Release _____
__/Felony        ____/Misdemeanor

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

Federal Public Defender
1 E. Broward Boulevard, Suite 1100
Ft. Lauderdale, FL  33301
Phone: 954/356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this 3 day of July, 2001.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: AUSA
    FPD
    Pretrial Services