PROB 19a  
SD/FL PACTS No.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>00-6202-CR-ROETTGER</u>

U.S.A. vs GREEN, Kenya Talishia

TO:[1] ANY U.S. MARSHALL OR AUTHORIZED AGENT

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |||||
| NAME OF SUPERVISED RELEASEE<br>GREEN, Kenya Talishia ||  SEX<br>F | RACE<br>B | AGE<br>26 |
| ADDRESS (STREET,CITY,STATE)<br>10126 N.W. 21 Court, (rear), Miami, Florida 33169 |||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. District Court, Southern District of Florida |||  DATE IMPOSED<br>March 7, 2001 ||
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. District Court, Ft. Lauderdale, Florida |||||
| CLERK Clarence Maddox | (BY) DEPUTY CLERK | | DATE JUN 2 8 2002 ||

| RETURN ||||
|---|---|---|---|
| **Warrant received and executed.** | DATE RECEIVED<br>6/28/02 || DATE EXECUTED<br>7/3/02 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS, Ft. Lauderdale, FL ||||
| NAME Edward Stubbs, Acting<br>US Marshal S/D FL | (BY)<br>Barry Golden, ASDUSM || DATE<br>7/3/02 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

