UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6202-CR-ROETTGER

UNITED STATES OF AMERICA,  :

    Plaintiff,

vs.  :

KENYA GREEN,  :

    Defendant.  :
_____/



# NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

By: _____
    Timothy M. Day
    Assistant Federal Public Defender
    Florida Bar No. 360325
    1 E. Broward Boulevard
    Suite 1100
    Fort Lauderdale, Florida 33301
    (954) 356-7436
    (954) 356-7556 (fax)



## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ___ day of July, 2002 to the United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and to Tiwanna Johnson, United States Probation Office, 14601 Oak Lane, Miami Lakes, Florida 33016.

_____
Timothy M. Day

S:\DAY\Green.Kenya\ASSIGN