## COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: KENYA GREEN (B)   CASE NO: 00-6202-CR-ROETTGER

AUSA: LYNN ROSENTHAL / Thaler   ATTY: FPD Wilcox for Daig

AGENT: _____   VIOL: _____

PROCEEDING: PARTIAL INDIGENCE   RECOMMENDED BOND: _____

BOND HEARING HELD - yes / no STATUS   COUNSEL APPOINTED: _____

BOND SET @: _____   To be cosigned by: _____

FILED by _____ D.C.
INTAKE
AUG 2 - 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

❑ Do not violate any law.

❑ Appear in court as directed.

❑ Surrender and / or do not obtain passports / travel documents.

❑ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

❑ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❑ Maintain or seek full - time employment.

❑ No contact with victims / witnesses.

❑ No firearms.

❑ Curfew: _____

❑ Travel extended to: _____

❑ Halfway House _____

Δ - not contacted.
Matter reset.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: reset | 8-9-02 | 11:00am | BSS | |

DATE: 8-2-02   TIME: 11:00am   FTL/BSS TAPE # 02 - 054   Begin: 2965   End: 3012