

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6202-CR-ROETTGER

UNITED STATES OF AMERICA

v

KENYA GREEN

NOTICE 

_____/

TAKE NOTICE That a proceeding in this case has been set for <u>WEDNESDAY AUGUST 21, 2002 at 10:30 A.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

_____
TYPE OF PROCEEDING:

       VIOLATION OF SUPERVISED RELEASE

_____

CLARENCE MADDOX, CLERK

DATED: 8/21/02

BY: *P. Hart*

Deputy Clerk