# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: KENYA GREEN (B)   CASE NO: 00-6202-CR-Roettger

AUSA: Lynn Rosenthal / Kaplan   ATTY: FPD *Paper for Day*

AGENT:   VIOL:

PROCEEDING: PARTIAL INDIGENCE STATUS   RECOMMENDED BOND:

BOND HEARING HELD - yes / no   COUNSEL APPOINTED:

BOND SET @:   To be cosigned by:

*FILED by ___ D.C. AUG - 8 2002 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. FLA. - FT. LAUD.*

☐ Do not violate any law.

☐ Appear in court as directed.

X - to pay today

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.

X to pay this morning

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

(after conviction
will see that payment
is made)

☐ Curfew: ____

☐ Travel extended to: ____

☐ Halfway House ____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 8-9-02   TIME: 11:00am   FTL/BSS TAPE # 02 - 058   Begin: 1383   End: 1390