HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED by _____ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 00-6202-CR-NCR   Date: 8/21/02
Courtroom Clerk: P. Hart   Court Reporter: Reeves
Probation Officer: Present   Interpreter: ____
Plaintiff(s): U.S.A.   Counsel: Kaplan

Defendant(s): K. Green (B)   Counsel: J. Day

Reason For Hearing: Viol. S.R. Hrg.

Result of Hearing/Judgment: S.R. re-instated.
Part elec. mont. programs for 180 days, maintain telephone, pay costs of elec. mont., maintain full-time employ, financial do no new debt + pay bal. of rest.

Misc.:

