UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6202-CR-ROETTGER

UNITED STATES OF AMERICA

v

KENYA GREEN
Marshal #55479-004
_____/   ORDER

THIS CAUSE is before the Court on Motion for Violation of Supervised Release.

Upon consideration of the record and Motion in this cause it is,

ORDERED AND ADJUDGED that the period of Supervised Release is hereby re-instated. It is also ordered that the defendant's term of supervised release is modified to include: The defendant shall participate in Home Detention Electronic Monitoring Program for a period not to exceed 120 days. Defendant shall remain at her home except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone in her home without "call fowarding", "call waitin", a modem, "caller ID" or "call back/call block" services for the above period. The defendant shall wear an electronic monitoring device & follow the electronic monitoring procedures specified by the probation officer. The defendant shall pay for the costs of the elctronic monitoring, at an amount to be determined by the probation officer, based on ability to pay or availability of third party payment. In all other respects the Judgment & Commitment Order remains the same.

DONE and ORDERED this ____7____ day of ___Oct___ 200_2_ at Ft. Lauderdale, Florida.

_____
UNITED STATES DISTRICT JUDGE
NORMAN C. ROETTGER

FILED by _____ D.
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD