PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 65646

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6202-CR-ROETTGER</u>

**<u>Request for Modifying the Conditions or Term of Supervision</u>**  
**<u>with Consent of the Offender</u>**  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Kenya Talisha Green

Name of Sentencing Judicial Officer: The Honorable Norman C. Roettger, Judge, U.S. District Court, Ft. Lauderdale, FL

Date of Original Sentence: March 07, 2001

Original Offense: Bank Fraud, in violation of Title 18, U.S.C. §1344, a Class B felony

Original Sentence: One month custody of the Bureau of Prison, followed by (5) years of supervised release. Special conditions to include 90 days home confinement/electronic monitoring, financial disclosure, shall not incur any further debt without permission of the U.S. Probation Officer, and no unemployment for more than 30 days.

Type of Supervision: Supervised Release     Date Supervision Commenced: May 16, 2001

## PETITIONING THE COURT

[ ]  To extend the term of supervision for __ years, for a total term of __ years.  
[X]  To modify the conditions of supervision as follows:

The defendant shall pay restitution at the rate of $25 per month until such time as the court may alter that payment schedule in the interests of justice. The U.S. Probation Office and the U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.

## CAUSE

A financial investigation was conducted to determine what amount the defendant could afford to pay monthly on her restitution balance. The defendant reported the household income and expenses on a monthly basis. The report was compared to the documentation provided by the defendant and the expenses were adjusted accordingly. The aggregate allowable expenses were totaled at $1,027 with a total new monthly income of $1,055. Consequently, this left a positive cash flow of $28. Of this amount, the defendant was allowed a 10 percent monthly savings allowance plus an additional .20 cents for a total of $3.00, leaving $25 per month to be applied towards her financial obligation.



PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 65646

The defendant has agreed to begin payment of $25 per month commencing on November 2002 and every month thereafter. As such, it is respectfully requested that Your Honor sign the attached Petition for Supervised Release Action modifying the conditions of probation as indicated above.

Respectfully submitted,

by

Tiwanna Johnson  
U.S. Probation Officer  
Phone: (954) 769-5585  
Date: October 18, 2002

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

28 OCT '02  
_____  
Date