PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 65646

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:00CR06202-001

FILED by _____ D.C.  
DEC 15 2003  
CLARENCE MADDOX  
CLERK U.S. DIST CT  
S.D. OF FLA. - W.P B.

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Kenya Talishia Green

Name of Sentencing Judicial Officer: The Honorable Norman C. Roettger, Judge  
U. S. District Court, Ft. Lauderdale, FL

Date of Original Sentence: March 7, 2001

Original Offense:   Bank Fraud, 18 U.S.C. § 1344, a Class B Felony

Original Sentence:   One month custody of the Bureau of Prison, followed by (5) years supervised release, no SAF. Special Conditions to include 90 days Home Confinement Electronic Monitoring Program, no unemployment for more than 30 days, not incur any further debt without permission of the U.S. Probation Officer, and provide complete access to financial information.

October 7, 2002: Probation Form 12B: Supervised release modified to include participation in the Home Confinement Electronic Monitoring Program for a period not to exceed 120 days.

Type of Supervision: Supervised Release          Date Supervision Commenced: May 16, 2001

## PETITIONING THE COURT

[]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

**The defendant shall reside and participate in the Community Corrections Center for a period up to 120 days, or until otherwise released at the direction of the United States Probation Officer.**



PROB 12B  
(SD/FL 9/96)                                                                              SD/FL PACTS No. 65646

**KENYA TALISHIA GREEN**                                    CASE NO. 0:00CR06202-001

**The defendant will participate in an approved treatment program for drug/alcohol abuse and/or mental health as directed by the U.S. Probation Office, and abide by all the supplemental conditions of treatment. Participation may include inpatient/outpatient, if deemed necessary. The defendant will contribute to the cost of services rendered (co-payment) in an amount determined by the U.S. Probation Officer, based on availability to pay, or availability of third party payment.**

## CAUSE

On September 30, 2003 and October 7, 2003, the defendant submitted a urine specimen which tested positive for the presence of marijuana in our local laboratory, and was subsequently confirmed by PharmChem Laboratories, Incorporated.

Ms. Green was confronted with the positive drug test result and admitted to using marijuana on or about September 24, 2003. Attached hereto is a copy of her admission of Drug Use Statement. Ms. Green reported experiencing panic attacks, depression, and disclosed having a history of suicidal ideation. Based on the her statements, she was referred to the Advocate Program for a mental health/substance abuse evaluation.

Dr. Alfredo Piniella of the Advocate Program conducted an evaluation on October 8, 2003. Ms. Green was diagnosed as having a Mood disorder with depressive and anxiety features secondary to legal problems. The treatment plan included medication and follow up on an outpatient basis.

As the court may recall, on October 7, 2002, Ms. Green's supervised release was modified to include participation in the Home Detention Electronic Monitoring Program for up to 120 days as a result of several positive urine tests and two subsequent admissions to the use of marijuana on or about February 15, 2002 and March 10, 2002. No treatment was recommended at that time. Ms. Green successfully completed the Home Detention Program on March 18, 2003.

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 65646

**KENYA TALISHIA GREEN**                    CASE NO. 0:00CR06202-001

Ms. Green has admitted to using marijuana on three occasions during her term of supervised release. Despite a previous sanction, Ms. Green has evidently continued to use marijuana. As a result, it is our recommendation that Ms. Green's term of supervised release be modified to include a period of up to 120 days at the Community Correctional Center and substance abuse and/or mental health treatment to address her psychiatric diagnosis and her substance abuse.

Respectfully submitted,

by *[signature]*

Yamilee Sanchez  
U.S. Probation Officer  
Phone: 305-808-6452  
Date: October 22, 2003

---

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

*[signature]*  
Signature of Judicial Officer

11/3/03  
Date