PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65646

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6202-CR-MIDDLEBROOKS



FILED by _____ D.C.  
MAR 22 2005  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - MIAMI

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: GREEN, Kenya Talishia

Name of Sentencing Judicial Officer: The Honorable Norman C. Roettger, U.S. District Judge, Ft. Lauderdale, FL. On October 30, 2003, case reassigned to The Honorable Donald M. Middlebrooks, U.S. District Judge, Miami, FL

Date of Original Sentence: March 7, 2001

Original Offense: Count 16: Bank Fraud, 18 U.S.C. § 1344 (h), a Class B felony.

Original Sentence: One month custody of the Bureau of Prisons, followed by five (5) years supervised release, $15,281.57 restitution and $100.00 special assessment. As special conditions, 90 days Home Confinement Electronic Monitoring Program, no unemployment for more than 30 days, not incur any further debt without permission of the U.S. Probation Officer and provide complete access to financial information.

October 28, 2002: Prob 12B: Conditions modified to include restitution payments at a rate of $25 per month.

October 7, 2003: Court Order: Supervised Release reinstated and conditions modified to include participation in the Home Detention Electronic Monitoring Program for a period not to exceed one hundred and twenty (120) days.

November 3, 2003: Probation Form 12B: Conditions modified to include 1) The defendant to participate in the Community Corrections Center for a period up to one hundred and twenty (120) days, or until otherwise released at the direction of the United States Probation Officer and 2) Participation in drug/alcohol and /or mental health treatment as directed by the United States Probation Officer.

Type of Supervision: Supervised Release       Date Supervision Commenced: May 16, 2001

Assistant U.S. Attorney:                       Defense Attorney:  
Jeffrey Kaplan                                 Patrick Michael Hunt

---

## PETITIONING THE COURT

[ ] To issue a warrant  
[X] To issue a summons



PROB 12C  
(SD/FL 9/96)  
SD/FL PACTS No. 65646

Page 2   NAME OF OFFENDER:   GREEN, KENYA TALISHA   CASE NO: 00-6202-CR-MIDDLEBROOKS

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On February 16, 2005, the defendant submitted a urine specimen which tested positive for the presence of marijuana in our laboratory; and subsequently confirmed positive by Scientific Laboratories, Incorporated |
| 2. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On June 7, 2004, the defendant submitted a urine specimen which test positive for the presence of marijuana in our laboratory; and subsequently confirmed positive by Pharm Chem Laboratories Incorporated. |
| 3. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On June 4, 2004, the defendant submitted a urine specimen which test positive for the presence of marijuana in our laboratory; and subsequently confirmed positive by Pharm Chem Laboratories Incorporated |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be  
    [X]   revoked.  
    [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

Respectfully submitted,

by  Donald T. Harrell  
U.S. Probation Officer  
Phone: (305) 808-6423  
Date: March 3, 2005

THE COURT ORDERS:

[ ]   No Action  
[ ]   The Issuance of a Warrant  
[X]   The Issuance of a Summons  
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

3/22/05  
Date