FILED by ___ D.C.
APR 0 7 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6202-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA
        Plaintiff,

vs.

KENYA TALISHIA GREEN,
        Defendant.
_____/

## ORDER ON PETITION FOR REVOCATION OF SUPERVISED RELEASE

**THIS MATTER** is before the Court upon the Petition of the United States Probation Office for violations of supervised release. The Court has reviewed said petition and being fully advised as to the facts and circumstances of this case, it is

**ORDERED AND ADJUDGED** that the above-entitled cause is hereby set for hearing/sentencing on violations of supervise release on **Tuesday, April 26, 2005, at 2:00 p.m.,** before the undersigned, at 300 NE First Avenue, Dyer Bldg, 2nd Floor, Central Courtroom, Miami, Florida.

**ORDERED AND ADJUDGED** that the Assistant United States Attorney, the United States Probation Officer and Counsel for the Defendant shall meet at least seven (7) days prior to the date of this hearing, and exchange all information relevant to these proceedings. Any and all motions, memorandum of law or recommendations must be filed with the Court at least three (3) days prior to the date of hearing.

**DONE AND ORDERED**, in West Palm Beach, Florida, this 7th day of April, 2005.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record; USPO; USMS