UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-~~6303~~-CR-MIDDLEBROOKS

NIGHT BOX
FILED

APR 14 2005

CLARENCE MADDOX
CLERK. USDC / SDFL / MIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENYA TALISHA GREEN,

    Defendant.

_____/

**NOTICE OF ASSIGNMENT**

The Federal Public Defender's Office for the Southern District of Florida gives notice that

the above-captioned case has been assigned to Assistant Federal Public Defender Hector L. Flores.

Please direct any future inquiries, pleadings or correspondence to Mr. Flores on behalf of the

Defendant.

                    KATHLEEN M. WILLIAMS
                    FEDERAL PUBLIC DEFENDER

            BY:     _____
                    Hector L. Flores, Supervisory
                    Assistant Federal Public Defender
                    Florida Bar No. 633755
                    150 West Flagler Street
                    Suite 1500
                    Miami, Florida 33130-1556
                    Tel:  305-536-6900/Fax:  305-530-7120
                    Email: hector_flores@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been served via U.S. Mail upon the United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida, 33132-2111, this 14th day of April, 2005.

Hector L. Flores

J:\Green, Kenya Talisha Reg55479-004\Pleadings\notice assign.wpd

2