UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
HONORABLE DONALD M. MIDDLEBROOKS
Sentencing Minutes: Supervised Release Revocation Hearing

FILED by __ D.C.
APR 26 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. 00-6202-CR   DATE 4/26/05

CLERK  Natividad McColley    REPORTER  Roger Watford

USPO  Donald Harrell    INTERPRETER _____

UNITED STATES OF AMERICA vs. Kenya T. Garcia

AUSA Jeffrey Kaplan    DEFENSE CSL. Hector Flores, AFPD

____ SUPERVISED RELEASE REVOCATION HEARING HELD;

____ SUPERVISED RELEASE REVOCATION HEARING CONTINUED TO _____

AT THE REQUEST OF _____

____ DEFENDANT ADMITS VIOLATION OF CONDITIONS OF SUPERVISED RELEASE;

____ DEFENDANT DENIES VIOLATION OF CONDITIONS OF SUPERVISED RELEASE;

✓ COURT FINDS DEFENDANT VIOLATED CONDITIONS OF SUPERVISED RELEASE;

____ COURT FAILS TO FIND DEFENDANT VIOLATED CONDITIONS OF SUPERVISED RELEASE;

____ COURT DEFERS RULING;

____ COURT TAKES CASE UNDER ADVISEMENT;

RESULT OF HEARING  S/R Revoke; 4 mos. Imprisonment (No S/R to follow). Defendant advised of right to appeal. Surrender no later than Monday, May 9, 2005 by 3pm. to the USMS