☙AO 245D (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

FILED by ___ D.C.
APR 27 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __FLORIDA__

UNITED STATES OF AMERICA
V.
KENYA TALISHIA GREEN

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 00-6202-CR-Middlebrooks
Hector Flores, Esq.   Jeffrey Kaplan, AUSA
Defendant's Attorney

**THE DEFENDANT:**

x☐ admitted guilt to violation of condition(s) __1-3__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| One | Unlawfully possessing/using a controlled substance. | 02/16/2005 |
| Two | Unlawfully possessing/using a controlled substance. | 06/07/2004 |
| Three | Unlawfully possessing/using a controlled substance. | 06/04/2004 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 08/01/1975

Defendant's USM No.: 55479-004

Defendant's Residence Address:

6217 NW 140 Crt, Miami, FL 33147

Defendant's Mailing Address:

April 26, 2005
Date of Imposition of Judgment

Signature of Judicial Officer

Donald M. Middlebrooks, United States District Judge
Name and Title of Judicial Officer

4/27/05
Date



AO 245D    (Rev. 3/01) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

| | | Judgment — Page 2 of 3 |
|---|---|---|
| DEFENDANT: | KENYA TALISHIA GREEN | |
| CASE NUMBER: | 00-6202-CR-DMM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of   4 months   .

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☒   The defendant shall surrender to the United States Marshal for this district:

    ☒   at   3:00   ☐ a.m.   X p.m.   on   May 9, 2005   .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on   _____   .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on   _____   to   _____

at   _____   with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 3/01) Judgment in a Criminal Case for Revocations
           Sheet 2A — Imprisonment

| | |
|---|---|
| DEFENDANT: | KENYA TALISHIA GREEN |
| CASE NUMBER: | 00-6202-CR |

Judgment—Page 3 of 3

# ADDITIONAL IMPRISONMENT TERMS

Supervised Release is revoked; the defendant is sentenced to 4 months imprisonment with no Supervised Release to follow.